■ In the Matter of TOYIN S.T., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LEROY T., JR., Appellant. (Appeal No. 5.) [914 NYS2d 924]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered September 16, 2009 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Devonte M.T. (Leroy T.)* (79 AD3d 1818 [2010]). Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.

■ KRISTEN RICKERT et al., Plaintiffs, v COUNTY OF ONONDAGA, Appellant, and BELLOWS CONSTRUCTION SPECIALTIES, LLC, Respondent. [913 NYS2d 118]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered September 30, 2009 in a personal injury action. The order granted the motion of defendant Bellows Construction Specialties, LLC for summary judgment dismissing the complaint and cross claims against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.